IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SMART LOCAL 265 WELFARE FUND, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) |
| MECHANICAL CONCEPTS OF ILLINOIS, INC., an Illinois corporation, | ) ) ) |
| Defendant. | ) ) |

CIVIL ACTION

NO. 18 C 4578

JUDGE MATTHEW F. KENNELLY

## AGREED ORDER OF DISMISSAL

The Parties hereby agree that this case has been settled and that all issues and controversies have been resolved to their mutual satisfaction. The Parties request the Court to retain jurisdiction to enforce the terms of their Settlement Agreement under the authority of Kokkonen v. Guardian Life Insurance Company of America, 511 U.S. 375, 381-82 (1994).

IT IS HEREBY ORDERED:

1. The Parties shall comply with the signed Settlement Agreement, dated December 28, 2018. The Parties expressly waive their rights under Federal Rule of Civil Procedure 65(d) to the extent Rule 65(d) requires this Order to be specific in terms or to describe in reasonable detail and without reference to the Settlement Agreement, the act or acts to be restrained.

2. By the consent of the Parties, the Court shall retain jurisdiction solely for the purpose of enforcing the terms of the Settlement Agreement.

3. This case is dismissed without prejudice with leave to reinstate on or before January 30, 2020 for the purpose of enforcing the Settlement Agreement. This Agreed Order of Dismissal is entered without prejudice in order to allow the Court to enforce the Settlement Agreement. The

Parties are barred from relitigating any claims raised in this litigation or any claims released by means of the Settlement Agreement.

    4.    In the event a motion to reinstate or motion to enforce the settlement is not filed on or before January 30, 2020, the Court shall relinquish jurisdiction and the case shall be deemed dismissed with prejudice without further order of the Court. Each Party shall bear its own attorneys' fees and costs, except as otherwise specified in the Settlement Agreement.

ENTERED:

Dated: 1/8/2019

_____
The Honorable Matthew F. Kennelly

We hereby agree to the entry of this Order:

| | |
|---|---|
| SMART Local 265 Welfare Fund, *et al*. | Mechanical Concepts of Illinois, Inc. |
| /s/ Cecilia M. Scanlon | /s/ Thomas C. Garretson |
| Attorney for the Plaintiffs | Attorney for the Defendant |
| Cecilia M. Scanlon | Stephen R. Miller |
| Attorney for the Plaintiffs | Kenneth M. Florey |
| BAUM SIGMAN AUERBACH & NEUMAN, LTD. | Thomas C. Garretson |
| 200 West Adams Street, Suite 2200 | ROBBINS SCHWARTZ NICHOLAS LIFTON & TAYLOR, LTD. |
| Chicago, IL 60606-5231 | 631 East Boughton Road, Suite 200 |
| Email: cscanlon@baumsigman.com | Bolingbrook, IL 60440-3098 |
| | Email: smiller@robbins-schwartz.com |
| | Email: kflorey@robbins-schwartz.com |
| | Email: tgarretson@robbins-schwartz.com |

I:\265J\Mechanical Concepts\#27845\Agreed Order of Dismissal 01-04-19.cms.kp.docx

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 4, 2019, she sent, via email, the foregoing Agreed Order of Dismissal to the Honorable Judge Matthew Kennelly, using the procedures as set forth by the Court, also sending a copy of the email to the undersigned attorneys for Defendant:

Thomas C. Garretson
Stephen R. Miller
Kenneth M. Florey
ROBBINS SCHWARTZ NICHOLAS LIFTON & TAYLOR, LTD.
631 East Boughton Road, Suite 200
Bolingbrook, IL  60440-3098
Email: tgarretson@robbins-schwartz.com
Email: smiller@robbins-schwartz.com
Email: kflorey@robbins-schwartz.com


　　　　　　　　　　　　　　　　　　　　　　　/s/ Cecilia M. Scanlon

Cecilia M. Scanlon
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6288574
Office: (312) 236-4316
Email: cscanlon@baumsigman.com
I:\265J\Mechanical Concepts\#27845\Agreed Order of Dismissal 01-04-19.cms.kp.docx